1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKEY B. DeLONEY,

11          Plaintiff,                    No. CIV S-10-1849 GGH P

12      vs.

13   JOHN R. RODRIGUEZ,

14          Defendant.          FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed August 3, 2010, plaintiff was ordered to show cause, within

17   fourteen days, why his action should not be dismissed pursuant to the Younger abstention

18   doctrine.  The fourteen day period has now expired, and plaintiff has not shown cause or

19   otherwise responded to the court's order.

20          IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).  The Clerk of Court is directed to assign a

22   district judge to this case.

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED: September 15, 2010

5

6                                                  /s/ Gregory G. Hollows

7   GGH:035                             UNITED STATES MAGISTRATE JUDGE
    delo1849.fsc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26